# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DANIEL GARCIA, INDIVIDUALLY AND BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : | No. 153 WAL 2023 |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| AMERICAN EAGLE OUTFITTERS, INC., CARTER'S INC., CHICO'S FAS, INC., EXPRESS, INC., GABRIEL BROTHERS, INC., GENESCO INC., HOT TOPIC, INC., J. CREW GROUP, INC., KOHL'S CORPORATION, TAPESTRY, INC., THE GAP, INC., VERA BRADLEY, INC., | : | |
| | : | |
| Respondents | : | |
| | | |
| DANIEL GARCIA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : | No. 154 WAL 2023 |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FOOT LOCKER RETAIL, INC., FOOT LOCKER SPECIALTY, INC., AND FOOT LOCKER STORES, INC., | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

 **AND NOW**, this 31st day of October, 2023, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

  Did the panel's precedential opinion erroneously hold that the unfair or deceptive miscollection of sales tax does not occur "in the conduct of any trade or commerce" as contemplated by the Unfair Trade Practices and Consumer Protection Law, misinterpreting the statute and opening the proverbial door for all manner of unfair and deceptive practices in connection with the collection of sales tax and other regulatory compliance, a question of first impression and substantial public importance?